# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 7:19–cr–01995

Sunil Wadhwani

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 10/15/2019

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Arraignment


Date:   October 10, 2019

David J. Bradley, Clerk