IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CASE NO. 7:19-CR-1995 |
| SUNIL WADHWANI | § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING**

**COMES NOW, SUNIL WADHWANI,** Defendant by and through his attorney of record, moves the Motion for Continuance of Sentencing Hearing, and in support of such motion shows:

**I.**

This case is scheduled for Sentencing on Friday, September 8, 2023 at 11:00 a.m.

**II.**

David G. Oliveira, counsel for Defendant **SUNIL WADHWANI**, is requesting this Honorable Court for a continuance of the Sentencing setting. Counsel for Defendant has a conflict on this date and will be traveling from Harlingen to Alabama out of Harlingen at 12:30 p.m. Counsel is requesting a short continuance and respectfully requests that the hearing be rescheduled to next week. However, Assistant United States Attorney Roberto Lopez is not available on Tuesday, September 5, 2023.

Counsel conferred with Assistant United States Attorney Roberto Lopez, and he is in agreement with the continuance, subject to this Honorable Court's approval.

WHEREFORE, PREMISES CONSIDERED, the Defendant **SUNIL WADHWANI,** respectfully prays this Honorable Court to grant his Motion for Continuance of Sentencing Hearing.

Respectfully Submitted,

/s/ *David G. Oliveira*
**DAVID G. OLIVEIRA**
State Bar No. 15254675
Federal ID No. 34165
*doliveira@rofllp.com*
*liz@rofllp.com*
**ROERIG, OLIVEIRA & FISHER, LLP**
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625

*Counsel for Sunil Wadhwani*

### CERTIFICATE OF CONFERENCE

I conferred with AUSA Roberto Lopez, on September 1, 2023, who stated he is unopposed to the filing of this motion.

/s/ *David G. Oliveira*
David G. Oliveira

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion for Continuance of Sentencing Hearing has been filed ECF and sent to the Assistant United States District Attorney's Office, on September 1, 2023.

Robert Lopez
Assistant United States Attorney
Southern District of Texas
McAllen Division
Email: robert.lopez2@usdoj.gov

Ricardo L. Salinas
SALINAS – FLORES
2011 North Conway
Mission, Texas 78572
(956) 584-3900 (Tel)
Email: rsalinaslaw@yahoo.com

/s/ *David G. Oliveira*
David G. Oliveira