UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                Case Number: 7:19–cr–01995

Sunil Wadhwani

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 4/2/2024

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Sentencing

Date:   March 25, 2024

                                                                Nathan Ochsner, Clerk